WINSTON LEE
ATTORNEY AT LAW
20 VESEY STREET ~ SUITE 400
NEW YORK, NEW YORK 10007
Tel. (212)267-1911
Fax. (212)964-2926

June 9, 2018

Honorable Colleen McMahon
Chief United States District Court Judge           FILED ECF
Southern District of New York
40 Foley Square, Room 740
New York, New York 10007

      Re: United States v. Pierre Schneider]
        18 Cr. 153 (CM)

Dear Judge McMahon:

  I represent Mr. Pierre Schneider, a defendant in the above-referenced indictment.

  I write, with the consent of the Government, to request a permanent modification of Mr. Schneider's bail package.

  Upon his initial presentment before Magistrate Judge Debra Freeman on February 14, 2018, Mr. Schneider was granted a bail package that includes, inter alia, electronic (GPS) monitoring, strict pretrial supervision, travel limited to SDNY/EDNY, and that Defendant is to seek employment as approved by Pre-trial Services. Mr. Schneider has been in full compliance with all the conditions of his release.

  By this letter, I specifically request that Mr. Schneider's travel boundaries be expanded: (1) to permit him to travel to New Jersey for purposes of interviewing for employment there, and; (2) to permit Mr. Schneider to travel to New Jersey to work at employment that he obtains there. All other conditions of Mr. Schneider's bail package are to remain the same.

  Of course, any job interviews and employment that Mr. Schneider obtains in New Jersey will be subject to pre-screening and approval by Pre-trial Services, as required by his bail package.

**MEMO ENDORSED**
6/11/18
Bail Conditions
So modified.

Respectfully submitted,
/s/
WINSTON LEE

*Colleen McMahon (signature)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/18